# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DAVID E. KIDD,

                    Petitioner,            :    Case No. 3:18-cv-131

    - vs -                                District Judge Thomas M. Rose
                                          Magistrate Judge Michael R. Merz

TIM SHOOP, Warden,
  Chillicothe Correctional Institution

                                 :

                    Respondent.

# RECOMMITTAL ORDER

       This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 9) to the Magistrate Judge's Supplemental Report and Recommendations recommending dismissal of the Petition (ECF No. 8).

       The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

May 22, 2018.                            */Thomas M. Rose

                                    _____
                                         Thomas M. Rose
                                   United States District Judge