# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID E. KIDD, | : | Case No. 3:18-cv-131 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| WARDEN, Chillicothe Correctional Institution, | : | |
| Respondent. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 25), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ordered that Petitioner's Motion for Reconsideration (ECF No. 24) is DENIED.

May 7, 2019         *s/Thomas M. Rose
                              Thomas M. Rose
                              United States District Judge